**STATE of Missouri, Respondent,**

v.

**Jorge NOGEIRA, Appellant.**

**No. WD 40989.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1992.

Application to Transfer Denied
March 24, 1992.

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

This is a consolidated appeal in which defendant challenges his conviction for sale of a Schedule II controlled substance, § 195.020, RSMo 1986, and the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).